NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PHIEN N. KHUU,                          )
                                        )
        Appellant,                  )
                                        )
v.                                      )        Case No. 2D17-1439
                                        )
STATE OF FLORIDA,                       )
                                        )
        Appellee.                   )
_____ )

Opinion filed March 16, 2018.

Appeal from the Circuit Court for Highlands
County; Peter F. Estrada, Judge.

Howard L. Dimmig, II, Public Defender, and
Joanna Beth Conner, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


      Affirmed.


VILLANTI, MORRIS, and BADALAMENTI, JJ., Concur.